IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01006-RBJ

GEMALTO S.A.,

    Plaintiff,

v.

CPI CARD GROUP INC.,

    Defendant.

---

## REVISED SCHEDULING ORDER IN A PATENT CASE

---

On April 7, 2017, Plaintiff Gemalto S.A. and Defendant CPI Card Group, Inc. jointly informed the Court during a telephonic hearing that the deposition of Mr. Maurel has been set for April 20, 2017. The parties agree that claim construction briefing can resume after Mr. Maurel's deposition, as contemplated in Order Granting Joint Motion for Modification of the Scheduling Order in a Patent Case (Dkt. No. 65). The parties have further agreed to modified deadlines and have requested a modification of the Scheduling Order in a Patent Case (Dkt. No. 25) to reset deadlines through the rest of the case, while maintaining the trial setting.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the balance of the deadlines are presently extended as set forth below, which deadlines may be further adjusted upon a showing of good cause by either party.

| **Item** | **Current Date** | **Proposed Deadline** |
|---|---|---|
| Claim Construction Opening Brief (and supporting evidence) Deadline | 3 weeks after Maurel deposition | May 11, 2017 |

100997278_1

| Item | Current Date | Proposed Deadline |
|---|---|---|
| Claim Construction Response Brief (and supporting evidence) Deadline | 4 weeks after filing of opening claim construction brief | June 1, 2017 |
| Claim Construction Reply Brief Deadline | 1 week after filing of response claim construction brief | June 8, 2017 |
| Joint Motion for Determination Deadline, filed at end of claim construction briefing | 1 week after filing of response claim construction brief if no reply brief filed; 2 weeks if reply brief filed | June 15, 2017 (assumes reply is filed) |
| Claim Construction Hearing | 1 month after Joint Motion for Determination Deadline filed (subject to Court's availability and scheduling preference) | July 13, 2017 at 9:00 a.m. |
| Final Infringement Contentions Deadline | June 9, 2017 | August 11, 2017 |
| Final Invalidity Contentions Deadline | June 23, 2017 | August 25, 2017 |
| Fact Discovery Cut-off | July 21, 2017 | September 7, 2017 |
| Affirmative Expert Designation | August 11, 2017 | September 28, 2017 |
| Rebuttal Expert Designation | September 8, 2017 | October 20, 2017 |
| Expert Discovery Cut Off | October 20, 2017 | November 10, 2017 |
| Dispositive Motion Deadline | December 1, 2017 | December 8, 2017 |
| Response to Dispositive Motions | December 22, 2017 | January 5, 2018 |
| **Final Pretrial conference** | **February 23, 2018 at 1:30 pm** | **February 23, 2018 at 1:30 p.m.** |
| **Trial** | **March 12, 2018** | **March 12, 2018** |

IT IS HEREBY ORDERED that the requested relief is granted.

*[Signature: Brooke Jackson]*

April 10, 2017

_____

Hon. R. BROOKE JACKSON, U.S. District Judge