IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01006-RBJ

GEMALTO S.A.,

    Plaintiff,

v.

CPI CARD GROUP INC.,

    Defendant.

## JOINT MOTION FOR CLAIM CONSTRUCTION DETERMINATION

Pursuant to the Revised Scheduling Order (Dkt. No. 76) and *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995) (*en banc*), *aff'd*, 517 U.S. 370 (1996), Plaintiff Gemalto S.A. ("Gemalto") and Defendant CPI Card Group Inc. ("CPI") (together, "the Parties") submit this Joint Motion for Claim Construction Determination setting forth a proposed format for the claim construction hearing set by the Court on July 13, 2017, beginning at 9 a.m. in Courtroom A902 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294-3589.

Pursuant to the original Scheduling Order (Dkt. No. 25), on December 16, 2016, the Parties filed a Joint Disputed Claim Terms Chart (Dkt. No. 56) setting forth the disputed claim terms of U.S. Patent No. 6,786,418 ("the '418 patent"), the Parties' proposed constructions, and the Parties' respective support for those constructions. Claim construction deadlines, among

others, were subsequently modified by this Court's order of April 10, 2017 (Dkt. No. 76) at which point the parties agreed to file this motion on this date.

The parties have narrowed the dispute to four claim terms and have now completed claim construction briefing on two overlapping terms, the Parties jointly reserving argument regarding the other two disputed terms until the July 13 hearing. *See* Dkt. No. 80 (CPI's Opening Claim Construction Brief, filed May 11, 2017), Dkt. No. 82 (Gemalto's Response to CPI's Opening Claim Construction Brief, filed June 1, 2017), and Dkt. No. 83 (CPI's Reply in support of Opening Claim Construction Brief, filed June 8, 2017).

With this Motion, the Parties submit a Joint Claim Construction Chart (Exhibit A) that sets forth the remaining claim construction issues to be ruled upon by the Court, as well as supporting evidence for the parties' respective positions (Gemalto's Exhibits P1-P11 and CPI's Exhibits D1-D9).

The Parties propose the following with respect to the technology tutorial and claim construction hearing:

1. Gemalto proposes that each party may, but does not have to, provide the Court with a brief background on the technology through counsel and/or an expert, lasting no more than 30 minutes, prior to the presentation of the Parties' respective claim construction positions. CPI believes that the Court is familiar with the technology and that the opportunity for a tutorial has passed.

2. Gemalto proposes the Parties address claim construction positions on a term-by-term basis, beginning with the first term that appears in the Joint Claim Construction Chart ("link") and proceeding through each disputed term in order.

CPI's position is that the hearing should begin with the indefiniteness issues set forth in its briefing, followed by argument regarding the remaining terms that were reserved for the hearing, on a term-by-term basis.

Dated: June 15, 2017.

| | |
|---|---|
| OSHA LIANG LLP | Winston & Strawn LLP |
| *s/ Peter C. Schechter* | *s/ David S. Bloch* |
| Peter C. Schechter, Esq. | David S. Bloch |
| Tammy J. Dunn, Esq. | 101 California Street |
| Monica M. Moussighi, Esq. | San Francisco, CA 94111-5802 |
| 909 Fannin Street, Suite 3500 | Telephone: (415) 591-1000 |
| Houston, TX 77010 | Facsimile: (415) 591-1400 |
| Tel \| Fax: (713) 228-8600 \| (713) 228-8778 | Email: dbloch@winston.com |
| Email:  Schechter@OshaLiang.com | |
|              Dunn@OshaLiang.com | Dustin Edwards |
|              Moussighi@OshaLiang.com | Melinda K. Lackey |
| | 1111 Louisiana, 25th Floor |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | Houston, TX 77002 |
| | Telephone: (713) 651-2600 |
| *s/ Kris J. Kostolansky* | Facsimile: (713) 651-2700 |
| Kris J. Kostolansky, Esq. | Email: dedwards@winston.com |
| Adam L. Massaro, Esq. | Email: mlackey@winston.com |
| 1200 17th Street, Suite 3000 | |
| Denver, Colorado 80202 | |
| Tel \| Fax: (303) 623-9000 \| (303) 623-9222 | |
| Email:  kkosto@lrrc.com and | |
|              amassaro@lrrc.com | |
| | ***Attorneys for Defendant CPI Card Group Inc.*** |
| ***Attorneys for Plaintiff Gemalto S.A.*** | |