IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:        16-cv-01006-RBJ | Date:  July 13, 2017 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| GEMALTO S.A. | *Kris J. Kostolansky* |
| | *Peter C. Schechter* |
| | *Tammy J. Dunn* |
| **Plaintiff** | |
| **v.** | |
| CPI CARD GROUP INC | *Dustin J. Edwards* |
| | *Melinda K. Lackey* |
| **Defendant** | |

## COURTROOM MINUTES

**MARKMAN HEARING**

Court in Session: 9:07 a.m.

Appearance of counsel.

9:10 a.m.       Technology tutorial presented by Michael Caloyannides.

9:34 a.m.       Technology tutorial presented by Mr. Edwards and Paul Clark.

**10:16 a.m.      Court in recess.**
**10:30 a.m.      Court in session.**

10:33 a.m.       Argument given on disputed claim term 'link' by Ms. Dunn with questions from
the Court.

11:10 a.m.       Argument given by Mr. Edwards with questions from the Court.

11:27 a.m.       Additional argument given by Ms. Dunn with questions from the Court.

11:36 a.m.      Argument given on disputed claim term 'customizing data server' and 'devices that deliver customizing data' by Ms. Lackey with questions from the Court.

11:58 a.m.      Argument given by Ms. Dunn with questions from the Court.

12:02 p.m.      Additional argument given by Ms. Lackey with questions from the Court.

**12:08 p.m.      Court in recess.**
**1:09 p.m.       Court in session.**

1:10 p.m.       Argument given on disputed claim term 'management interface' by Ms. Dunn.

1:19 p.m.       Argument given by Ms. Lackey with questions from the Court.

Plaintiff withdraws request for the Court to construe 'management interface.'

1:28 p.m.       Additional comments by Mr. Caloyannides with questions from the Court.

1:45 p.m.       Additional comments by Mr. Clark with questions from the Court.

**ORDERED:  Matter is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  1:51 p.m.          Hearing concluded.          Total time in Court:  03:29